# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0663. RYEDERIUS FERRELL v. THE STATE.**

A jury found Ryederius Ferrell guilty of numerous counts, including armed robbery, kidnapping, assault, burglary, home invasion, and other offenses, and the trial court entered its final disposition. Ferrell subsequently filed a motion for out-of-time appeal, which the trial court granted, and a motion for new trial. The trial court denied Ferrell's motion for new trial, but, in the same order, granted "on its own motion" a new trial as to the kidnapping count. Ferrell filed a direct appeal from this order. We, however, lack jurisdiction.

When the trial court grants a criminal defendant's motion for new trial, the case is not final for purposes of filing a direct appeal. *State v. Ware*, 282 Ga. 676, 677 (653 SE2d 21) (2007). Because Ferrell's criminal case remains pending before the trial court, Ferrell was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal. See OCGA § 5-6-34 (b); *Keller v. State*, 275 Ga. 680, 680-681 (571 SE2d 806) (2002) (a criminal case remains pending until the court enters a written judgment of conviction

and sentence on each count). Ferrell's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/16/2019  *
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*